Dora V. Lane, Esq.
Nevada State Bar No. 8424
dlane@hollandhart.com
Stephan J. Hollandsworth, Esq.
Nevada Bar No. 10085
sjhollandsworth@hollandhart.com
Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
(775) 327-3000; (775) 786-6179 (fax)
*Attorneys for Plaintiffs Ram Power, Corp.
And Ram Power, Inc.*

# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

RAM POWER, CORP., a British Columbia corporation; and RAM POWER, INC., a Delaware corporation,

    Plaintiffs,

vs.

JOHN O'NEILL, an individual; and DOES 1 – 15,

    Defendants.
_____/

JOHN O'NEILL, an individual;

    Counterclaimant,

vs.

RAM POWER, CORP., a foreign corporation; and RAM POWER, INC., a Delaware corporation,

    Counterdefendants.
_____/

Case No.: 3:12-cv-00600-HDM-VPC

**ORDER**

Plaintiff/Counterdefendant Ram Power, Corp. and Plaintiff/Counterdefendant Ram Power, Inc. (collectively "Ram Power"), and Defendant/Counterclaimant John O'Neill ("O'Neill"), by and through their counsel of record, agree and stipulate that all claims between

Ram Power and O'Neill that were or could have been asserted in this matter shall be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated this 8th day of May, 2013.

/s/ Dora V. Lane, Esq.
Dora V. Lane, Esq. (NV Bar 8424)
Stephan J. Hollandsworth, Esq. (NV Bar 10085)
Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, NV  89511
*Attorneys for Plaintiffs Ram Power,
Corp. and Ram Power, Inc.*

Dated this 8th day of May, 2013.

David Hilton Wise, Esq.
David Hilton Wise, Esq. (NV Bar #11014)
Wise & Donahue PLC
421 Court Street
Reno, Nevada 89501
*Attorneys for Defendant/Counterclaimant
John O'Neill*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: This 13th day of May, 2013